(November 20, 2007)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN STONE, Appellant. [846 NYS2d 111]—Judgment, Supreme Court, New York County (Robert M. Stolz, J.), rendered January 17, 2006, convicting him, after a jury trial, of assault in the second degree, criminal mischief in the third degree and resisting arrest, and sentencing him, as a second felony offender, to an aggregate term of four years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was

not against the weight of the evidence. There was ample evidence that the police officer sustained a physical injury (*see* Penal Law § 10.00 [9]; *People v Guidice*, 83 NY2d 630, 636 [1994]; *People v Chiddick*, 8 NY3d 445 [2007]), including the officer's testimony that he was cut and bleeding, was in pain, required stitches, suffered from increased migraines, and was absent from work for several days as a result of the incident. Concur—Lippman, P.J., Mazzarelli, Marlow, Catterson and Kavanagh, JJ.